## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

**CASE NO. 9:15-cv-80901-BB**

YVOLAINE CLEDOR,

    Plaintiff,
v.

VERIZON WIRELESS,

    Defendant.
_____/

## **NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

In accordance with the agreement reached and the executed settlement agreement between the parties, Plaintiff Yvolaine Cledor hereby files this Voluntary Dismissal with Prejudice.

Respectfully Submitted,

**WITES & KAPETAN, P.A.**
Attorneys for Plaintiff
4400 North Federal Highway
Lighthouse Point, FL   33064
954-570-8989
954-354-0205 (fax)
pleadings@wklawyers.com


By: */s/ Chad J. Robinson*
    MARC A. WITES
    Fla. Bar No. 24783
    mwites@wklawyers.com
    CHAD J. ROBINSON
    Fla. Bar No. 56922
    crobinson@wklawyers.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 5th day of January, 2016, I electronically caused the foregoing document to be filed with the Clerk of Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record in the manner specified via transmission of Notices of Electronic Filing generated by CM/ECF.

/s/ *Chad J. Robinson*
Chad J. Robinson