UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 15-CIV-80901-BLOOM/Valle

YVOLAINE CLEDOR,

    Plaintiff,

v.

VERIZON WIRELESS,

    Defendant.
_____/

## ORDER DISMISSING CASE

This cause comes before the Court upon the Plaintiff's Notice of Voluntary Dismissal with Prejudice, ECF No. [23]. It is hereby **ORDERED AND ADJUDGED** that that this matter is **DISMISSED WITH PREJUDICE**. The Clerk is directed to **CLOSE** this case.

**DONE AND ORDERED** in Miami, Florida, this 6th day of January, 2016.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:
Counsel of Record